UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| JAVIER DEL RIO, et al, | : | CIVIL ACTION NO.: 3:21-cv-01152 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | SEPTEMBER 29, 2022 |
| AMAZON.COM SERVICES, INC. et al, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF APPEARANCE OF DANIEL B. KLEIN

Please enter the appearance of Daniel B. Klein on behalf of the Defendants, Amazon.com Services, Inc., Amazon.com.dedc, LLC, and Amazon.com, Inc. (collectively, "Defendants"), in the above-captioned matter.

Respectfully submitted,

**DEFENDANTS**

By its attorneys,

**SEYFARTH SHAW LLP**

*/s/ Daniel B. Klein*
Daniel B. Klein (ct 18934)
Two Seaport Lane, Suite 1200
Boston, MA 02210
Telephone: 617-946-4800
Fax: 617-946-4801
Email: dklein@seyfarth.com

Dated:  September 29, 2022

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 29, 2022, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

      /s/ *Daniel B. Klein*
      Daniel B. Klein

87476958v.1