**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JAVIER DEL RIO, COLIN MEUNIER, and AARON DELAROCHE,<br><br>        Plaintiffs,<br><br>v.<br><br>AMAZON.COM.DEDC LLC, AMAZON.COM, INC., and AMAZON.COM SERVICES, LLC,<br><br>        Defendants. | Case No. 3:21cv1152 (KAD) |

## **JUDGMENT**

This matter came before the Honorable Kari A. Dooley, United States District Judge, as a result of defendants' Motion for Summary Judgment (Doc. #114).

The Court having considered the full record of the case including applicable principles of law, entered a ruling on September 20, 2023, granting the Motion. It is therefore;

ORDERED, ADJUDGED, and DECREED that Judgment is entered in favor of defendants Amazon.com.dedc LLC, Amazon.com, Inc., and Amazon.com Services, LLC, and the case is closed.

Dated at Bridgeport, Connecticut, this 21st day of September 2023.

                                            DINAH MILTON KINNEY, CLERK

                                            By:   /s/ Susan Imbriani

                                                  Deputy Clerk

EOD: 9/21/2023